IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY M. SELMON, | : | Civil No. 3:21-cv-1657 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| LT. CARPER, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this ____ day of May, 2022, upon consideration of Defendants' motion (Doc. 21) to dismiss or, in the alternative, for summary judgment, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 21) for summary judgment is **GRANTED**. The Clerk of Court is directed to **ENTER** judgment in favor of Defendants, and against Plaintiff.

2. The Clerk of Court is further directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

_____
Robert D. Mariani
United States District Judge